# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

October 19, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cannistra Realty LLC

                Plaintiff,

*- against -*

Wheeler, et al.,

                Defendants.

**SCHEDULING ORDER**
7:19-cv-3558-CS-PED

TO ALL PARTIES:

The **settlement conference** scheduled on October 21, 2020 at 2:30 pm before the Honorable

Paul E. Davison, United States Magistrate Judge, is adjourned without date.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Oct 19, 2020**

SO ORDERED:

_____
Hon. Paul E. Davison
United States Magistrate Judge

10/19/20