UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CANNISTRA REALTY, LLC,

        Plaintiff/Counterclaim Defendant,

    -against-

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

        Defendant/Counterclaim Plaintiff,

MICHAEL S. REGAN, in his official capacity as
Administrator of the United States Environmental
Protection Agency, and PAT EVANGELISTA, in
his official capacity as Director of the Superfund
and Emergency Management Division of the
United States Environmental Protection Agency,
Region 2,

        Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/28/2021

19 CIVIL 3558 (CS)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 27, 2021, Defendants' motion is GRANTED and Cannistra's motion is DENIED. Judgment is entered for Defendants on Plaintiff's claims and Defendant's second counterclaim; and a civil penalty of $62,250 against Cannistra; accordingly, the case is closed.

**Dated:** New York, New York

    December 28, 2021

                                     **RUBY J. KRAJICK**
                                       Clerk of Court
BY:
                                         **Deputy Clerk**